IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KAMERON WILLIAMS,** # 790578 | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 23-00018-KD-B |
| **MOBILE COUNTY METRO JAIL,** | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 4) is ADOPTED as the opinion of this Court.

Accordingly, in view of Williams' failure to prosecute this action and failure to comply with this Court's order by timely filing a motion to proceed without prepayment of fees, this action is DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(b) and this Court's inherent authority because no lesser sanction will suffice.

DONE and ORDERED this 12th day of April 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE