# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**KAMERON WILLIAMS,** :
**# 790578** :

    Plaintiff, :

vs. : **CIVIL ACTION 23-00018-KD-B**

**MOBILE COUNTY METRO JAIL,** :

    Defendants. :

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge, it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(b) and this Court's inherent authority because no lesser sanction will suffice.

DONE and ORDERED this 12th day of April 2023.

                          s/ Kristi K. DuBose
                          KRISTI K. DuBOSE
                          UNITED STATES DISTRICT JUDGE